Jack Silver, Esq. SB #160575
E-mail:lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675

David J. Weinsoff, Esq. SB # 141372
Email: david@weinsofflaw.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Fax. (415) 460-9762

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit corporation,<br><br>    Plaintiff,<br>v.<br><br>GEORGE ADAMIAN; AMERICAN INDUSTRIAL SERVICES; SOUTH STREET PROPERTY, LLC,<br><br>    Defendants.<br>_____/ | Case No.: 2:15-cv-01913-PA (PJWx)<br><br>**NOTICE OF SETTLEMENT AND OF PENDING REVIEW BY U.S. DEPARTMENT OF JUSTICE**<br><br>Pretrial Conf:  May 20, 2016<br>Trial:          June 14, 2016<br>Judge:          Hon. Percy Anderson |

**NOTICE IS HEREBY GIVEN** by Plaintiff California River Watch, that this matter has been resolved in its entirety by way of written Settlement Agreement and Release executed by the parties effective November 30, 2015.  A copy of the Settlement Agreement and Release has been sent to the U.S. Department of Justice as of December 1, 2015 for a 45-day agency review pursuant to CWA §505(c)(3), 33 U.S.C. §1365(c)(3).

Pursuant to the terms of the Settlement Agreement and Release, a dismissal of this action with prejudice shall be filed by Plaintiff after the agency has completed its review, or upon termination of the agency review period, whichever occurs first.

1  DATED: December 1, 2015        LAW OFFICE OF DAVID J. WEINSOFF

                                  By:   */s/ David J. Weinsoff*
                                        David J. Weinsoff
                                        Attorney for Plaintiff
                                        CALIFORNIA RIVER WATCH