Jack Silver, Esq. SB# 160575
Email: lhm28843@sbcglobal.net
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. 707-528-8175

David J. Weinsoff, Esq. SB# 141372
Email: david@weinsofflaw.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

JOHN D. WILSON, CSB 94624
Email: johnw@jdwilsonlaw.net
LAW OFFICES OF JOHN D. WILSON
1900 Avenue of the Stars, Suite 960
Los Angeles, CA 90067-4310
Tel: (310) 277-2323

Attorney for Defendants
GEORGE ADAMIAN and AMERICAN
INDUSTRIAL SERVICES, SOUTH
STREET PROPERTY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>GEORGE ADAMIAN; AMERICAN INDUSTRIAL SERVICES; SOUTH STREET PROPERTY, LLC,<br><br>       Defendants.<br>———————————————/ | CASE NO:2:15-cv-01913-PA (PJWx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br>**[FRCP 41(a)(1)(A)(ii)]** |

//

1

IT IS HEREBY STIPULATED by and between plaintiff CALIFORNIA RIVER WATCH and defendants GEORGE ADAMIAN, AMERICAN INDUSTRIAL SERVICES and SOUTH STREET PROPERTY, LLC, by and through their counsel of record, that this matter may be dismissed with prejudice, each party hereto to bear its own costs and attorney's fees.

DATED: Jan. 22, 2016          LAW OFFICES OF JOHN D. WILSON

By: _____ /s/ John D. Wilson _____
          John D. Wilson
          Attorney for Defendants
          GEORGE ADAMIAN and AMERICAN
          INDUSTRIAL SERVICES, SOUTH
          STREET PROPERTY, LLC


DATED: Jan. 21, 2016          LAW OFFICE OF DAVID J. WEINSOFF

By: _____ /s/ David J. Weinsoff _____
          David J. Weinsoff
          Attorney for Plaintiff
          CALIFORNIA RIVER WATCH

In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing of this Stipulation has been obtained from each of the signatories to this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 22nd day of January, 2016.


LAW OFFICE OF JACK SILVER

By: _____ /s/ Jack Silver _____
          Jack Silver
          Attorney for Plaintiff
          CALIFORNIA RIVER WATCH